162 JENKINS ROAD YEMASEE, SC

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 2:19-cr-673 | Date and time warrant executed: JULY 24, 2019 3:00PM | Copy of warrant and inventory left with: KITCHEN TABLE |
|---|---|---|

Inventory made in the presence of :
S/A RODNEY BARBOZA

Inventory of the property taken and name of any person(s) seized:

MISCELLANEOUS PAPERWORK AND PASSPORT IN NAME OF
KEITH LEROY CHISOLM - BACK BEDROOM - CHISOLM'S ROOM

ONE BLACK IPHONE

ONE MOTOROLA VERIZON PHONE (BLACK)

ONE LG VERIZON PHONE (BLUE)

ONE ZTE VERIZON PHONE (BLACK) - CRACKED SCREEN

ONE LG FLIP PHONE

ONE SMITH & WESSON SW40VE (S/N: RAV8859)

ONE MAGAZINE CONTAINING 10 ROUNDS 40 CALIBER AMMO

MISCELLANEOUS PAPERWORK FROM BLACK MERCEDEZ CL550

PLASTIC BAG CONTAINING PLANT LIKE MATERIAL FROM
BLUE GMC SIERRA

ONE BURGUNDY GMC DENALI (VIN: 1GTI2VE84GF272A03)

ONE BLUE GMC SIERRA (VIN: 3GTU2NEC3JG159992)

ONE BLACK MERCEDEZ CL550 (VIN: WDDEJ71X38A010105)

ONE ROLLING VAULT TRAILER AND CONTENTS
(VIN: 546V24T7H9026349)

ONE LOOK TRAILER AND CONTENTS

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 07/24/2019

_Executing officer's signature_

JAMES R. DUFFY / SPECIAL AGENT
_Printed name and title_